IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>RAUL SOTO-DURAN,<br>Defendant. | CR 26-83-BLG-SPW<br><br>ORDER |

Defendant entered his plea of guilty before U.S. Magistrate Judge Timothy J. Cavan in open court on August 27, 2026. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on August 27, 2026 (Doc. 17). No objections having been filed within fourteen days thereof,

**IT IS HEREBY ORDERED** that Judge Cavan's Findings and Recommendations (Doc. 17) are ADOPTED IN FULL;

Pursuant to the Defendant's plea agreement (fast track) (Doc. 10 at 3), the parties agree to an abbreviated presentence report. Therefore, the presentence report is waived in accordance with Rule 32(c)(1)(A)(ii), with the exception of the offense level computation, criminal history points and advisory sentencing guideline range.

**IT IS FURTHER ORDERED** that sentencing in this matter is set for **Wednesday, October 7, 2026 at 2:30 p.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse.

The probation officer shall disclose the completed report detailing the offense level computation, criminal history points and advisory sentencing guideline range as follows: **two copies** to counsel for Defendant, and **one copy** to counsel for the government on or before **September 25, 2026**. Any objections to the report will be argued at the sentencing hearing.

Defendant is to remain in the custody of U.S. Marshals pending sentencing.

The Clerk of Court is directed to notify counsel, U.S. Probation and U.S. Marshal Service of the making of this Order.

DATED this 11th day of September, 2026.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge